## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD J. SILVERBERG, ) | |
| ) | Case No. 2:25-cv-02729-RBS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DUPONT DE NEMOURS INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**AND NOW**, on this 7th day of July, 2025, upon consideration of the Motion for Admission *Pro Hac Vice* of Gregory F. Laufer, pursuant to Local Rule of Civil Procedure 83.5.2(b), it is hereby **ORDERED** that the motion is **GRANTED**, and Gregory F. Laufer is admitted *pro hac vice* to appear before this Court and participate in this action on behalf of Defendant Andrew Liveris.

**BY THE COURT:**

s/ *R. Barclay Surrick*

_____

The Honorable R. Barclay Surrick